```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    JONESBORO DIVISION
```

DAVID ERWIN                                              Plaintiff

v.                           3:06CV00057 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 24th day of July, 2007.

                                    /s/John F. Forster, Jr.
                              UNITED STATES MAGISTRATE JUDGE