IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ERWIN                                                                                          PLAINTIFF

v.                                      3:06CV00057 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

### ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $2,666.25 and expenses in the amount of $17.31. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 30th day of April, 2008.

/s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE